**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010

(213) 252-9444; (213) 252-0091 facsimile

Attorneys for Plaintiff Ronald L. Shugart

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER DAHL; RONALD L. SHUGART, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF HUNTINGTON BEACH, etc., et al., <br><br> Defendants. | Case No. SACV 91-0475 AHS <br><br> [Proposed] ORDER CONTINUING TRIAL DATE TO MARCH 18, 2003, AT 9:00 A.M. |

Upon plaintiff Shugart's *ex parte* application and good cause appearing therefor, IT IS HEREBY ORDERED that the trial in the above matter, set for November 19, 2002, be and hereby is continued to March 18, 2003 , 9:00 a.m., in Courtroom 10-A.

DATED: Nov. 12, 2002.

_____
**ALICEMARIE H. STOTLER**
United States District Judge

ENTER ON ICMS
NOV 14 2002

(417)

-1-

F:\C\SHUGART\F\Exparte-apl.ord

PROOF OF SERVICE BY MAIL

I am a resident of the county of Los Angeles; I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Blvd., Suite 2900, Los Angeles, California.

On November 5, 2002, I served the within [Proposed] ORDER CONTINUING TRIAL DATE on the interested parties herein by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California addressed as follows:

Thomas J. Feeley
Law Offices of Thomas J. Feeley
700 S. Flower St., Ste. 2710
Los Angeles, CA   90017

Martin J. Carpenter
Carpenter Rothans Dumont & Doumanian
888 S. Figueroa St., #1960
Los Angeles, CA   90017

Charles Conlosh
720 El Cerritos Dr., #18
Riverside, CA 92507

I declare under penalty of perjury that the above is true and correct.

Executed on November 5, 2002, at Los Angeles, California.

Donald W. Cook

-2-

F:\C\SHUGART\F\Exparte-apl.ord